**Opinion issued April 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00338-CV

————————————

## IN RE HEATHER J. TAYLOR AND MAD HAT MAVEN, LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

At 10:33pm on April 8, 2026, Relators Hether J. Taylor and Mad Hat Maven, LLC—non-parties in the underlying defamation action—filed a petition for writ of mandamus challenging (1) the March 3, 2026 Order Granting Substituted Service signed by the Honorable Rabeea Sultan Collier, Presiding Judge of the 113th Judicial District Court of Harris County, authorizing substituted service of subpoenas on Relators, and (2) the March 31, 2026 Enforcement Order signed by the Honorable Fredericka Phillips, Visting Judge of the 113th Judicial District Court of Harris

County, compelling Relators to appear for depositions within ten days (*i.e.*, by April 9, 2026) and produce all documents responsive to the document request at least three days prior to the deposition.[1] In conjunction with the petition, Relators filed a motion requesting an emergency stay of (1) the Enforcement Order, (2) the deposition of Taylor scheduled for April 9, 2026 at 9:00am, and (3) the deposition of Mad Hat Mave's corporate representative scheduled for April 9, 2026 at 1:30pm. We deny the mandamus petition and the related stay motion.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

[1] The underlying case is *Jay K. Sears v. Women's Justice Network, USA and J. Doe*, cause number 2025-78000, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding. The Honorable Fredericka Phillips sitting as visiting judge.